NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**M.S.B., BY HER MOTHER AND NATURAL GUARDIAN, TIFFANY BAST,**
*Petitioners-Appellants,*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2014-5141

---

Appeal from the United States Court of Federal Claims in No. 1:01-vv-00565-VJW, Judge Victor J. Wolski.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motion to withdraw their appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

2                                              M.S.B. v. HHS

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: October 15, 2014